**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES LIPINSKI,

    Plaintiff,

v.                                            Case No. 6:18-cv-01076-RBD-GJK

JON BARRY AND ASSOCIATES, INC.
d/b/a PARAGON REVENUE GROUP,

    Defendant.

_____

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

       I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: August 6, 2018

                                               *s/Joshua R. Kersey*
                                               Joshua R. Kersey
                                               Florida Bar No.: 087578
                                               MORGAN & MORGAN, PA
                                               201 North Franklin Street, 7th Floor
                                               Tampa, Florida 33602
                                               Telephone: (813) 225-5505
                                               Facsimile:  (813) 222-2490
                                               JKersey@ForThePeople.com
                                               JessicaK@ForThePeople.com
                                               *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*s/Joshua R. Kersey*
Joshua R. Kersey
