**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES LIPINSKI,

    Plaintiff,

-vs-                                CASE NO.:  6:18-CV-01076-RBD-GJK

JON BARRY AND ASSOCIATES, INC. d/b/a
PARAGON REVENUE GROUP,

    Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, James Lipinski, by and through the undersigned counsel, hereby notifies the Court that a Settlement Agreement is pending in this matter. Upon execution of the same, Plaintiff will promptly file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on August 21, 2018, I electronically filed the foregoing document using CM/ECF which will serve copies on all parties of record.

                                                      Respectfully submitted,

                                                      /s/ Joshua R. Kersey

                                                      Joshua R. Kersey
                                                      Florida Bar No.: 087578
                                                      MORGAN & MORGAN, PA
                                                      201 North Franklin Street, 7th Floor
                                                      Tampa, Florida 33602

Telephone: (813) 225-5505
Facsimile:  (813) 222-2490
JKersey@ForThePeople.com
JessicaK@ForThePeople.com
*Attorney for Plaintiff*